

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00027-CR

DARRELL WAYNE INGRAM, Appellant

§ On Appeal from County Criminal Court No. 2

§ of Tarrant County (1645344)

V.

§ May 19, 2022

§ Per Curiam Memorandum Opinion

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for lack of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM